Legal Mail
Provided to Florida State Prison on
6-8-23 for mailing by ___

FILED
2023 JUN 12 PM 12: 17
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

6-2-2023

3:23-cv-690-BJD-MCR

To Whom May It Concern:

Just Read please!

Ma'am or Sir!  I Do Not Feel like Killing Myself Right Now
I am not Having suicidal thoughts Right Now

My Name is ~~Dasw~~ Dashawn Duvier D.O.B 5-27-1997 I am Currently Incarcerated at Florida State Prison or Should I say "Fuck state policy" (Esp.) I've written you'll on 5-22-2023 & I forgot the other Day Informing you'll that I was going to kill Myself on My Birthday I didn't Do it Because of the simple Facts I didn't Have any sheets Cause I just got off property Restriction anyways I did Cut Myself on 5/24/2023 & was placed on shos On 5/24/2023 at 3:00pm to 4:00pm I was Seen in shos By Mental health Nurse Germaine I Informed her I was Not seeing things I was Not hearing things that other people can't hear I did Not want to hurt anybody else But I told her My thoughts about Myself & I told Doctor Emanuelkids My thoughts Im Not going to Say On Paper Because I do not want you'll to Foward My letter to the Institution Because everytime y'all Do that I get Messed with Not By everybody though! Anyways I just want some Justice on My finger Being Broken in the food flap & My Dead BabyMomma pictures Being thrown away & All My legal Mail & work Being thrown away only Reason I Be having these Crazy thoughts is Because Im Lockdown 24/7 I get Buck on Recreation I got to eat dead Last Sometimes ~~Breezes~~ Because one of the food Service work put soy & Beans on My tray everyday & I am allergic to Soy, Beans, & Seafood Its a Constant Issue everyday I Write grievances only to Recieve Negative Results in a 1983 form you'll Say exhaust your Remedy How Am I going to Do that when

All My Grievances about My Phone Being Broke was thrown away literally thrown away!!! & My property I Need help filing a 1983 Civil Form I Need the courts to appoint Me a lawyer Because I am Indigent Bank statements attached to this letter well as a Sworn Statement I tried to get Someone to sign it But they wouldn't If I was at any other Institution I wouldn't Go thru this Much Shit! I think Medical Knows I have HIV/AIDS & they Not trying to Do Anything about it I'm extremely Small For My age & Its abnormal & they want Me to Die

Sincerely yours
Dashawn Duiver
5-27-1997
#J53341

Seriously Its Been Almost 2 years This How you'll Know I'm not lying on these Bout Stuff Cause My Mother Filed a complaint online on 3/15/2023 & Filed a visitation form online also well as My other Family Members they either threw it Away or something they've Done so Much Fuck Shit to Me they Don't even want to process My Family visitation forms & let Me see My Family

6-2-2023 10:15pm I Cut Myself Deep 5 times & showed the OIC LT Hunt & Officer A.Palmer & Officer Santos & All they said was they Don't give a fuck I told them I was stressed out & very Depressed to which They didn't want to Do anything About it I accidentally Drop Blood on that Bank Statement while I was writing I Sincerely apologize!

Sincerely yours
Dashawn Duiver

Its Been almost 2 years since I've Been tested For HIV/AIDS & they Don't want to test test Me & I think they know I have something & they Don't want to help Me & want Me to Die